AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

EasePal Enterprises Limited,

*Plaintiff(s)*

v.   Civil Action No. 3:25-cv-364-TSL-MTP

Millennium Outdoors, LLC,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Millennium Outdoors, LLC
By and Through Its Registered Agent:
David Myers
1880 Lakeland Dr., Ste. E
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert A. Biggs, III
Biggs, Ingram & Solop, PLLC
P.O. Box 14028
Jackson, MS 39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAY 20 2025

P. Green
*Signature of Clerk or Deputy Clerk*